UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA DUNN, an individual,<br><br>Plaintiff,<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | Case No. 2:18-CV-2425 JAM CKD<br><br>[PROPOSED] ORDER |

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES STIPULATION AND GOOD CAUSE BEING SHOWN, THE PROTECTIVE ORDER [ECF NO. 12] IS SO ORDERED, with the following amendments and clarifications:

1. The parties shall comply with the provisions and procedures of Local Rules 140 and 141 with respect to sealing or redaction requests. To the extent that the parties' stipulation conflicts with the Local Rules, the Local Rules shall govern.

2. Prior to filing any motion related to this stipulated protective order or other discovery motion, the parties shall first exhaust informal meet-and-confer efforts and otherwise comply with Local Rule 251.

3. Nothing in this order limits the testimony of parties or non-parties, or the use of certain documents, at any court hearing or trial—such determinations will only be made by the court at the hearing or trial, or upon an appropriate motion.

4. Pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over enforcement of the terms of this stipulated protective order after the action is terminated.

Dated: October 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 dunn2425.po