**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA DUNN, an individual,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; NATHAN JENNINGS, individually and in his official capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO; CHRISTOPHER HUFFMAN, individually and in his capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO; GABRIEL RODRIGUEZ, individually and in his official capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO; and DOES 1-50, individually and in their official capacities as Police Deputies for the COUNTY OF SACRAMENTO, jointly and severally,<br><br>  Defendants. | CASE NO.: 2:18-CV-2425 JAM CKD<br><br>**STIPULATION OF DISMISSAL AND ORDER TO DISMISS THE ENTIRE ACTION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Vanessa Dunn and Defendants County of Sacramento, Nathan Jennings, Christopher Huffman, and Gabriel Rodriguez (collectively "the

Parties") by and through their respective designated counsel that this action be hereby dismissed with prejudice pursuant to FRCP 41(a)(1). Each party will bear their own costs and attorney's fees.

| | |
|---|---|
| DATED:  May 12, 2020 | LAW OFFICES OF JOHN L. BURRIS |
| | By:   /s/ Melissa C. Nold
John L. Burris
Adante Pointer
Melissa C. Nold
Attorneys for Plaintiff |
| | RIVERA HEWITT PAUL LLP |
| DATED:  May 12, 2020 | By:   /s/ Jonathan Paul
JONATHAN PAUL
Attorney for Defendants |

**IT IS SO ORDERED.**

Dated: May 13, 2020            /s/ John A. Mendez
                               UNITED STATES DISTRICT COURT JUDGE